1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 7 | **MATTHEW ALAN LAWRIE,** | ) **1:12-cv-0091 AWI GSA** |
| 8 | **Plaintiff**, | ) |
| 9 | **v.** | ) **ORDER VACATING** ) **HEARING DATE OF MARCH** ) **5, 2012 AND TAKING** |
| 10 | **LEMORE AIRFORCE BASE; UNITED** | ) **MATTER UNDER** |
| 11 | **STATES GOVERNMENT; C.I.A.;** **SECRETARY OF DEFENSE LEON** | ) **SUBMISSION** ) |
| 12 | **PANETTA AND ROBERT GATES,** | ) ) |
| 13 | **Defendants.** | ) ) |
| 14 | _____ | ) |

15
16          In this action for damages, defendants Lemore Airforce Base, et al. ("Defendants")
17   have moved to dismiss the complaint of plaintiff Matthew Alan Lawrie ("Plaintiff").  The
18   matter was scheduled for oral argument to be held March 5, 2012.  The Court has reviewed
19   Plaintiffs' motion.  Opposition, which  was due not later than February 24, 2012, has not
20   been filed as of the date of this writing and consequently the motion may not be opposed at
21   oral argument.  Local Rule 78-230(b).  The court has determined that the motion is suitable
22   for decision without oral argument.  Local Rule 78-230(h).
23          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March
24   5, 2012, is VACATED, and no party shall appear at that time.  As of March 5, 2012, the
25   Court will take the matter under submission, and will thereafter issue its decision.
26   IT IS SO ORDERED.
27
28   Dated:    March 1, 2012      _____
                                    CHIEF UNITED STATES DISTRICT JUDGE